**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **LANCE GREEN and ANDERSON KHALID, individually and on behalf of all others similarly situated** | |
| *Plaintiff,* | **No.  1:21-cv-00023-NRN** |
| **v.** | |
| **PERRY'S RESTAURANTS LTD; AND PERRY'S STEAKHOUSE OF COLORADO, LLC, COLLECTIVELY D/B/A PERRY'S STEAKHOUSE AND GRILLE; AND CHRISTOPHER V. PERRY, INDIVIDUALLY** | **PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** |
| *Defendants.* | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 26(c) and District of Colorado Local Civil Rule 7.2, the undersigned counsel files this *Motion for Leave to File Under Seal*, asking this Court for an Order restricting access to ECF 2 (the "Document").

Plaintiffs request that access be restricted and that the Document be filed under seal because pages 9-10 contain attorney-client privileged information, which was inadvertently filed.

Accordingly, Plaintiffs respectfully submit this *Motion* requesting an Order permitting the Court to restrict access to Document No. ECF 2. Upon restricting access to the Document, Plaintiffs will refile and omit only the privileged Document contained on pages 9-10.

Respectfully submitted,


By: /s/ Drew N. Herrmann
　　　Drew N. Herrmann
　　　Texas Bar No. 24086523
　　　*drew@herrmannlaw.com*
　　　Pamela G. Herrmann
　　　Texas Bar No. 24104030
　　　*pamela@herrmannlaw.com*

　　　**HERRMANN LAW, PLLC**
　　　801 Cherry St., Suite 2365
　　　Fort Worth, TX 76102
　　　(817) 479-9229 – telephone
　　　(817) 887-1878 – fax

　　　ATTORNEYS FOR PLAINTIFFS,
　　　FLSA COLLECTIVE MEMBERS,
　　　AND COLORADO CLASS MEMBERS