IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00023-NRN

LANCE GREEN and
ANDERSON KHALID, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PERRY'S RESTAURANTS LTD;
PERRY'S STEAKHOUSE OF COLORADO, LLC, collectively d/b/a PERRY'S STEAKHOUSE AND GRILLE; and
CHRISTOPHER V. PERRY, individually,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that Plaintiffs' Motion for Leave to File Under Seal (Dkt. #8) is GRANTED finding the subject motion meets the requirements as outlined in D.C.COLO.LCivR 7.2(c). The Clerk is directed to place Dkt. #2 under Level 2 Restriction. Plaintiffs are directed to refile the document with the privileged information omitted.

Date: January 8, 2021