IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00023-WJM-NRN

LANCE GREEN and
ANDERSON KHALID, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

PERRY'S RESTAURANTS LTD;
PERRY'S STEAKHOUSE OF COLORADO, LLC, collectively d/b/a PERRY'S STEAK-HOUSE AND GRILLE; and
CHRISTOPHER V. PERRY, individually,

    Defendants.

## ORDER ON JOINT MOTION FOR EXTENSION OF SCHEDULING DEADLINES IN FAVOR OF GLOBAL MEDIATION

Before the Court is the parties' Joint Motion For Extension of Scheduling Deadlines in Favor of Global Mediation. After considering the matter, the Court GRANTS the Motion. It is therefore ORDERED as follows:

(a) The following deadlines are amended as set out below:

| Deadline | Pre-Existing Deadline | New Deadline |
| --- | --- | --- |
| Motion for Decertification | November 17, 2023 | March 15, 2024 |
| Rule 23 Class Certification | November 17, 2023 | March 15, 2024 |
| Discovery Cut-off | January 19, 2024 | May 17, 2024 |
| Dispositive Motions Deadline | February 20, 2024 | June 19, 2024 |

1

| Disclosure of Affirmative Experts | October 6, 2023 | February 2, 2024 |
| --- | --- | --- |
| Disclosure of Rebuttal Experts | November 17, 2023 | March 15, 2024 |

(b) The parties are further ORDERED to submit a report on the status of this case on or before September 30, 2023.

SO ORDERED.

Signed this 30th day of May, 2023.

_____
N. REID NEUREITER
UNITED STATES MAGISTRATE JUDGE

2